# IN THE SUPREME COURT
## STATE OF NORTH DAKOTA

### 2022 ND 79

Glenn Sidney Solberg,                                    Plaintiff and Appellant

v.

Greg W. Hennessy,                                    Defendant and Appellee

### No. 20210354

Appeal from the District Court of Williams County, Northwest Judicial District, the Honorable Lonnie Olson, Judge.

AFFIRMED.

Per Curiam.

Glenn S. Solberg, Zahl, ND, plaintiff and appellant; submitted on brief.

Michael C. Waller, Bismarck, ND, for defendant and appellee; submitted on brief.

# Solberg v. Hennessy
## No. 20210354

**Per Curiam.**

[¶1]  Glenn Solberg appeals from an amended judgment entered after a bench trial in consolidated cases dismissing with prejudice his complaints for malpractice and embezzlement against Greg Hennessy. Solberg argues the district court erred. We summarily affirm under N.D.R.App.P. 35.1(a)(1) and (2).

[¶2]  Jon J. Jensen, C.J.
Gerald W. VandeWalle
Daniel J. Crothers
Lisa Fair McEvers
Jerod E. Tufte